307 Ga. 788
FINAL COPY

S18Y0350.  IN THE MATTER OF CHRISTOPHER AARON CORLEY.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of General Counsel of the State Bar of Georgia and the report and recommendation of the State Disciplinary Review Board, and it appearing that Christopher Aaron Corley (State Bar No. 940383) has satisfied the conditions for reinstatement as specified by this Court, see In the Matter of Corley, 303 Ga. 290 (811 SE2d 347) (1997), it is hereby ordered that Christopher Aaron Corley be reinstated to the practice of law in the State of Georgia.

*Reinstated.  All the Justices concur.*

DECIDED JANUARY 31, 2020.

Reinstatement.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Andreea N. Morrison, Assistant General Counsel State Bar*, for State Bar of Georgia.